Stephen Montoya (#011791)
**Montoya, Lucero & Pastor, P.A.**
3200 North Central Avenue, Suite 2550
Phoenix, Arizona 85012
602-256-6718 (telephone)
602-256-6667 (fax)
stephen@montoyalawgroup.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Vasquez, | No. |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| Piper Sandler & Co., a Delaware corporation, | (Jury Trial Demanded) |
| Defendant. | |

For his Complaint against Defendant, Plaintiff alleges the following:

1.  This is an action seeking to redress discrimination in the workplace based on race and national ancestry brought by Mr. Michael Vasquez against his former employer, Piper Sandler & Co., under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e (as amended), and the Civil Rights Act of 1866, 42 U.S.C. § 1981 (as amended).

2.  This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331, 1343(4) and 42 U.S.C. § 2000e.

3.  This Court has personal jurisdiction over the parties to this dispute because the misconduct alleged in this Complaint was perpetrated in the District of Arizona.

4.  Venue is proper in this District under 28 U.S.C. § 1391(b) and 42 U.S.C. § 2000e-

5(f)(3).

5.    Michael Vasquez is a native-born citizen of the United States of America residing in Pima County, Arizona who is Hispanic in race and Mexican in ancestry.

6.    Piper Sandler & Co. ("Piper") is a Delaware corporation rendering financial services in Arizona and throughout the United States.

7.    Piper has been engaged in an industry affecting commerce having at least fifteen employees for each working day in at least twenty calendar weeks this year or last year at all times material to this Complaint and is consequently subject to the requirements of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e.

8.    In January 2020, Piper hired Mr. Vasquez as a Senior Vice President in Piper's public finance services business in Arizona, and Mr. Vasquez continued to work at Piper at all times material to this Complaint.

9.    Mr. Frank Fairman served as the national Managing Director of Piper's public finance services business at all times material to this Complaint.

10.    Mr. Bill Davis served as the Managing Director of Piper's operations in Arizona at all times material to this Complaint.

11.    Mr. Nick Dodd served as the Managing Director of Piper's public finance services business in Arizona at all times material to this Complaint.

12.    Mr. Vasquez and Mr. Dodd had previously worked together at another investment banking firm in Arizona.

13.    At their previous place of employment, Mr. Dodd made the following discriminatory remarks regarding Mr. Vasquez:

- "The only reason they admitted Michael into Notre Dame [Mr. Vasquez's alma mater] was to satisfy equal opportunity/affirmative action requirements."

- "Notre Dame, that's a long distance for a fucking wetback."

- "Douglas[, Arizona, where Mr. Vasquez is from] is a shit town. What do you expect from Michael?"

MONTOYA, LUCERO & PASTOR
A PROFESSIONAL ASSOCIATION OF LAWYERS
3200 NORTH CENTRAL AVENUE, SUITE 2550
PHOENIX, ARIZONA 85012

MONTOYA, LUCERO & PASTOR
A PROFESSIONAL ASSOCIATION OF LAWYERS
3200 NORTH CENTRAL AVENUE, SUITE 2550
PHOENIX, ARIZONA 85012

- "I guess they'll let anybody into Notre Dame, if they let in his kind."

- "I don't know how he got into Notre Dame from a fucking border town."

- "You can take the boy out of the border, but you can't take the border out of the boy."

- "Does it matter which side of the border he's from?  His last name is still Vasquez.  He still has brown skin.  He's still a shitty analyst."

- "You let one in, there's no stopping the rest."

- "Well, at least he speaks English."

- "He'll never be a good banker, because he'll have to rely on the fucking race card to get hired."

- Regarding Mr. Vasquez resigning from his previous employer where he worked with Mr. Dodd, "Back to Mexico you go. Thank God.  We never should have hired him."

- Regarding the amount of time Mr. Vasquez spent at the office: "Does he think this is an 8 to 5 job?  Does he think this is a landscaping job?"

- "I don't know how he made it at Notre Dame if he's this lazy. There must have been a special program."

- "He's just lazy.  They're all like this.  What did you expect?"

- "You know how they are.  He expects to be paid just for showing up."

14.   Before Mr. Vasquez agreed to accept Piper's offer of employment, he informed Bill Davis of Mr. Dodd's racist remarks at his previous employer; and Davis assured him that Dodd's previous misconduct would not be repeated at Piper.

15.   Notwithstanding Davis's assurances, Dodd continued making discriminatory

3

remarks regarding Mr. Vasquez when Mr. Vasquez joined Piper.

16. For example, in November 2020, Mr. Dodd told another investment banker that Mr. Vasquez "doesn't know what he is doing and is screwing everything up" at Piper and "uses the color of his skin to get hired down in southern Arizona."

17. Later that same month, Mr. Dodd told the same investment banker that Mr. Vasquez "only uses the color of his skin to get business in places like Benson and southern Arizona."

18. Mr. Dodd also continued to malign Mr. Vasquez to other finance professionals at professional conferences, claiming that Mr. Vasquez was "an inferior banker" who was hired "as a result of his race."

19. Mr. Dodd would also bully and disrespect Mr. Vasquez in the workplace based on Mr. Vasquez's race and ancestry.

20. Mr. Dodd also excluded Mr. Vasquez from financial transactions that they were supposed to work on as a team and attempted to assume control over accounts generated by Mr. Vasquez.

21. Piper also excluded Mr. Vasquez from working on deals outside of southern Arizona while allowing his peers to do deals in southern Arizona.

22. Piper also denied Mr. Vasquez the administrative support he required to efficiently and effectively do his job.

23. Piper allowed Mr. Dodd to engage in the discriminatory misconduct summarized above and thereby facilitated the misconduct.

24. Specifically, Mr. Vasquez complained of Mr. Dodd's discriminatory misconduct repeatedly to both Bill Davis and Frank Fairman.

25. Davis and Fairman also learned of Dodd's discriminatory misconduct against Vasquez from other employees at Piper.

26. Notwithstanding Mr. Vasquez's complaints, Mr. Dodd continued to engage in the discriminatory misconduct summarized above against Mr. Vasquez, which created a racially hostile working environment at Piper.

MONTOYA, LUCERO & PASTOR
A PROFESSIONAL ASSOCIATION OF LAWYERS
3200 NORTH CENTRAL AVENUE, SUITE 2550
PHOENIX, ARIZONA 85012

27. Piper's discrimination against Mr. Vasquez culminated in March 2022 when it retaliatorily terminated his employment for complaining of discrimination in the workplace.

28. Since terminating Mr. Vasquez, Piper (by means of Nick Dodd) continues to retaliate against Vasquez by bad-mouthing him to other industry professionals in an attempt to steal his business and ruin his reputation.

29. Based upon Piper's discriminatory misconduct, Mr. Vasquez filed a Charge of Discrimination against Piper with the United States Equal Employment Opportunity Commission ("EEOC") on July 7, 2021. See attached Exhibit A.

30. Mr. Vasquez requested a Right to Sue letter from the EEOC and is filing this action within ninety days of his receipt of a Right to Sue letter from the EEOC. See attached Exhibit B.

31. Pursuant to Rule 38 (b) of Federal Rules of Civil Procedure, Mr. Vasquez hereby demands a trial by jury.

**WHEREFORE**, Mr. Vasquez respectfully requests the Court to:

    A. Issue a judgment declaring that the conduct of Defendant as described above violated his rights under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, as amended, and the Civil Rights Act of 1866, 42 U.S.C. § 1981, as amended;

    B. Issue preliminary and permanent injunctions against Defendant enjoining it from committing similar unlawful acts in the future;

    C. Issue a judgment awarding him nominal, compensatory and punitive damages against Defendant in amounts to be determined by the finder-of-fact at trial;

    D. Issue a judgment awarding him reasonable costs and attorney fees against Defendant pursuant to 42 U.S.C. § 2000e and any other applicable law; and

MONTOYA, LUCERO & PASTOR
A PROFESSIONAL ASSOCIATION OF LAWYERS
3200 NORTH CENTRAL AVENUE, SUITE 2550
PHOENIX, ARIZONA 85012

5

E.    Issue a judgment awarding him all other relief against Defendant that is just and proper under the circumstances.

Respectfully submitted this 10th day of October 2022.

**MONTOYA, LUCERO & PASTOR, P.A.**

_____
Stephen Montoya
Attorney for Plaintiff

I hereby certify that on October 10, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the CM/ECF filing system.

_____

# EXHIBIT A

## AMENDED EMPLOYMENT CHARGE OF DISCRIMINATION, Page 1 of 1
This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ■ FEPA | CRD-2021-0703 |
| ☐ EEOC | 35A-2021-00433C |

## ARIZONA ATTORNEY GENERAL'S OFFICE, CIVIL RIGHTS DIVISION AND EEOC
*State or Local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| Mr. Michael Vasquez | 520-749-3214 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 3033 N. El Camino Rinconado | Tucson, AZ 85749 | 10/22/1977 |

| ATTORNEY NAME | LAW FIRM | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | EMAIL ADDRESS |
|---|---|---|
| | | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME. *(If more than one, list below.)*

| NAME | NUMBER OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| Piper Sandler & Co. | Cat. B | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 2525 E. Camelback Road, #150 | Phoenix, AZ 85016 | Maricopa |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| Piper Sandler & Co. | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 800 Nicollet Mall | Minneapolis, MN 55402 | Hennepin |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*:
☐ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN  ☐ AGE
☒ RETALIATION  ☐ DISABILITY  ☐ GENETIC TEST RESULTS  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA EPA)   LATEST(ALL)
07/16/2021
☒ Continuing Action

EXPLAIN THE PARTICULARS OF WHAT TOOK PLACE *(If additional space is needed, attach extra sheet(s)):*

I. **PERSONAL HARM: A.** I have been subjected to different terms and conditions of employment and a hostile and intimidating work environment.

II. **RESPONDENT'S REASON FOR ADVERSE ACTION: A.** None given.

III. **DISCRIMINATION STATEMENT:** I believe Respondent discriminated against me because of my national origin, Hispanic, and my color, in violation of the Arizona Civil Rights Act, as amended, and Title VII of the Civil Rights Act of 1964, as amended. The particulars are:

A. In or around January 2020, I began my employment with Respondent as a Senior Vice President. Respondent's Managing Director, William Davis, is my current supervisor.

B. From the onset of my employment, continuing to this time, Respondent's Managing Director, Nick Dodd, has subjected me to different terms and conditions of employment and a hostile and intimidating work environment; including but not limited to, making race and color-related comments in regards to my performance, interfering with my ability to complete my essential job functions, subjecting me to intimidation and harassment, and making disparaging remarks about me to my peers and industry professionals.

C. Beginning in November 2020, and as recently as May 2021, I have repeatedly complained to Respondent in regards to Dodd's discriminatory acts. No action has been taken by Respondent.

D. I believe and therefore allege that but for my national origin, Hispanic, and but for my color, Respondent would not be subjecting me to different terms and conditions of employment and a hostile and intimidating work environment.

| I WANT THIS CHARGE FILED WITH BOTH THE EEOC AND THE STATE OR LOCAL AGENCY, IF ANY. I WILL ADVISE THE AGENCIES IF I CHANGE MY ADDRESS OR TELEPHONE NUMBER AND I WILL COOPERATE FULLY WITH THEM IN THE PROCESSING OF MY COMPLAINT IN ACCORDANCE WITH THEIR PROCEDURES. | SIGNATURE OF COMPLAINANT AND DATE: *Michael Vásquez* 7/27/2021 |
|---|---|
| I SWEAR OR AFFIRM THAT I HAVE READ THE ABOVE CHARGE AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF. | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Month, Day, Year)* 7/27/2021 |

MARCO ISLAS
Notary Public · Arizona
Pima County
Commission # 585826
My Comm. Expires Jul 3, 2023

JLA        REVISED 6/19  PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED
#QU668HTG0CZRLLv1

# EXHIBIT B

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Phoenix District Office**
3300 North Central Avenue, Suite 690
Phoenix, AZ 85012
(602) 661-0002
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)
Issued On:  07/13/2022

**To:**   Michael Vasquez
3033 N El Camino Rinconado
Tucson, AZ 85749

Michael Vasquez v. Piper Sandler & Co
EEOC Charge Number: 35A-2021-00433

EEOC Representative and email:    Robin Campbell
State, Local & Tribal Program Manager
robin.campbell@eeoc.gov

---

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge. The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.) Please retain this notice for your records.

On Behalf of the Commission:

Melinda Caraballo
Acting District Director

CC:
Andrea L Mallarino
Dorsey Law
50 S 6th St Ste 1500
Minneapolis, MN 55402

Stephen Montoya
Montoya Lucero & Pastor PA
3200 N Central Ave Ste 2550
Phoenix, AZ 85012